IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CR-30126-SMY |
| | ) |
| EZEQUIEL SANCHEZ-GARCIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**BEATTY, Magistrate Judge:**

The case was called for a Hearing on November 25, 2025. Defendant was present with FPD, Kim Freter via ZOOM. The Government was present through Assistant United States Attorney Dan Kapsak.

On April 4, 2018 United States District Judge Staci M. Yandle granted the Government's Motion to Dismiss and dismissed this case (*See* Docs. 5, 6). Upon the Court's dismissal of this case, the Arrest Warrant (Doc. 4) was rendered MOOT. To the extent that the Arrest Warrant remained in the system as active despite the dismissal of this case, the Arrest Warrant is hereby QUASHED. Accordingly, for reasons stated by the undersigned on the record, the Defendant is ORDERED RELEASED from the custody of the United States Marshal.

**DATED: November 25, 2025**

s/Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**
